UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 2 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FERNANDO GOMEZ RUIZ; et al.,

Plaintiffs - Appellees,

v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT; et al.,

Defendants - Appellees,

v.

CORECIVIC, INC.,

Movant - Appellant.

No. 26-1294

D.C. No.
3:25-cv-09757-MMC
Northern District of California,
San Francisco

ORDER

FERNANDO GOMEZ RUIZ; et al.,

Plaintiffs - Appellees,

v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT; et al.,

Defendants - Appellees,

v.

CORECIVIC, INC.,

Intervenor - Appellant.

No. 26-3344
D.C. No.
1:26-cv-02546-JLT-CDB
Eastern District of California,
Fresno

The motion (Docket Entry No. 26) for an extension of time to file the consolidated opening brief is granted.

The consolidated opening brief is due July 2, 2026. The consolidated answering brief is due July 30, 2026. The optional consolidated reply brief is due 21 days after service of the consolidated answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT